UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROBERT HOMER

     Plaintiff,

                 Civil Action
                 No. 6:19-CV-06619

ANDREW SAUL,
Commissioner of Social Security,

     Defendant.
------------------------------------------------------------------------X

## STIPULATION AND ORDER FOR ATTORNEY FEES

IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys, Morris L. Williams, III, Special Assistant United States Attorney for the Western District of New York, attorney for the defendant, Andrew Saul, Commissioner of Social Security, and Elizabeth Haungs, Esq., attorney for the plaintiff, that plaintiff is awarded the sum of **$7,317.89** in full satisfaction of Plaintiff's claim pursuant to the Equal Access to Justice Act (EAJA), Title 28 U.S.C. § 2412(d), for services performed in connection with this action.

IT IS FURTHER AGREED that payment of fees will be made directly to Plaintiff's attorney, provided that plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

              JAMES P. KENNEDY, JR.
              United States Attorney
              Western District of New York

BY: */s/ Morris L. Williams, III*
    MORRIS L. WILLIAMS, III
    Special Assistant United States Attorney
    Western District of New York
    Social Security Administration
    Office of the General Counsel

1301 Young Street, Suite 350
Mailroom 104
Dallas, TX 75202
morris.williams@ssa.gov
Dated: 6/21/21


BY:     */s/Elizabeth Haungs*
ELIZABETH HAUNGS
Law Offices of Kenneth Hiller
6000 North Bailey Ave.
Suite 1A
Amherst, NY 14226
716-546-3288
Email: ehaungs@kennethhiller.com
Dated: 6/21/21


SO ORDERED:

_____
ELIZABETH WOLFORD
UNITED STATES DISTRICT JUDGE

DATED:    June 21, 2021    .